# File Hashes for IP Address 108.36.163.68

**ISP:** Verizon Internet Services
**Physical Location:** Exton, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/05/2013 21:13:19 | 3A7584A1DF61BCE503B9572DC266AB7A838EE4E9 | Perfect Girls |
| 03/29/2013 11:14:35 | FACD524E6B6B3230B1EC26AD2EB35D5FB5D21015 | I Love X Art |
| 03/18/2013 22:33:48 | 308DBD6D714644BF82F7EE8CD484F31C1BAD9F48 | Circles of Bliss |
| 03/17/2013 21:45:17 | C7F83512BA5E4C3FFECE934E98DE2EEBD8E730DD | Anneli Leila Menage A Trois |
| 03/01/2013 13:17:09 | A5C858E00F6C1B26AABC1B8A9A47C239540C19F0 | Waterfall Emotions |
| 02/22/2013 19:00:15 | 674B742DE942A8FBB34CEE26BFE1BC6A25287AD0 | Black and White |
| 02/04/2013 12:10:55 | 30E33CAF06C33C11CBDFDB75045976508A9A22B9 | Seeing Double |
| 01/16/2013 12:46:54 | FE4E6210D90AEE8DC59311BC993C9A4C243605A5 | Want You |
| 01/11/2013 13:44:38 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/01/2013 14:25:37 | 27480B702A95A52335FD2BFBE97966DD194578D9 | Morning Desires |
| 12/26/2012 13:45:23 | EA6854C05F3A79B14030F3E9C6110DFC220DCC31 | Naughty and Nice |
| 12/23/2012 19:40:28 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 12/20/2012 12:14:59 | E7E96BE9A584CFB30998AEE39D762CB71308CC10 | Starting Over |
| 12/19/2012 11:02:44 | 39EF9917B0D3B4F0E331F2488472DC5682BDB783 | A Love Story |
| 12/17/2012 08:22:35 | 74475594712AC0EAE673F1892E7F58B1EA9A7803 | Lipstick Lesbians |
| 12/14/2012 14:53:12 | 3275AC7BCF3A4A75069F663ED5D84BF1D2E3882D | Unforgettable View #2 |
| 12/10/2012 14:23:25 | 8987EE538A06DBFF5E27723DB4E8BB4B74997333 | Then They Were Three |
| 12/01/2012 14:18:01 | 0EB5A0B919D2523BF1993AE3BB4F0C204D7DDE44 | Loving Angels |
| 11/28/2012 13:04:24 | 3B288C5CA8C5A092D1CD5F2FFAB2E526065E255A | Introducing Angelica |
| 11/27/2012 21:10:32 | 3570C36C4ACD0BCA930BE035729C61833904FA96 | Prelude to Passion |
| 11/03/2012 13:41:10 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 10/20/2012 00:34:06 | 4359DC92664E77CD720AC1416D3700F179E303E6 | Flexible Beauty |
| 10/19/2012 19:23:47 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |

EXHIBIT A

EPA140

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/10/2012 12:07:57 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 10/05/2012 12:09:53 | 3418CA8F89935F424756118B6FEA0B26F3482A19 | Wild Things |
| 09/23/2012 14:25:54 | B89ED48406AD985019EF25AE2EFC0ACB268B192F | Three for the Show |
| 09/17/2012 11:25:23 | 4594067582DEB2AE66A978C2AE69404584CFDA3E | Underwater Lover |
| 08/15/2012 19:13:58 | AE17747810E6B5F659238133D57DC7A310B6FAF3 | Threes Company |
| 08/13/2012 12:15:31 | 51D97419F38BE66F47502CD58627F2F326489EFA | Coucher Avec une Autre Fille |
| 08/06/2012 19:09:40 | 75974DBF91AAF1AC13E04C92DB653F39F664EED1 | Close to the Edge |
| 07/27/2012 23:35:35 | C642B94A916A7C227085C79AADFDCF40541C6466 | Morning Tryst |
| 07/27/2012 23:34:31 | 004037DF96EB1F66BB86FE17A5FDE1B104EAFD73 | Come To My Window |
| 07/21/2012 20:54:17 | 69D168DEFECB0211795B7D1F94BFC2FDCB7B56DE | Wet Dream |
| 07/18/2012 10:26:47 | 8342201A3C44277E7753BBCB2EFDA014EBEF84A4 | Backstage |
| 07/12/2012 02:16:30 | 7E0D02A27049B9D62A44C76C072E147DFE87437C | Pure Grace |
| 07/04/2012 12:47:10 | 06D66A3DADC55837643A6A636C384DCE7CB8AB28 | Positively In Love |
| 06/28/2012 09:28:36 | DB17A4B243A938E388B2B44540B0BF393580E1B5 | Yoga in the Sky |
| 06/25/2012 21:32:17 | 75BC9955131F3F3DACEE43C430DDAF387D02E914 | Happy Couple |

**Total Statutory Claims Against Defendant: 38**

Copyrights-In-Suit for IP Address 108.36.163.68

**ISP:** Verizon Internet Services
**Location:** Exton, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/19/2012 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 03/17/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 07/18/2012 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/22/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/18/2013 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 08/06/2012 |
| Come To My Window | PA0001799576 | 07/27/2012 | 07/31/2012 | 07/27/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/13/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/10/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 12/23/2012 |
| Flexible Beauty | PA0001811853 | 10/19/2012 | 10/26/2012 | 10/20/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/25/2012 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/29/2013 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 11/28/2012 |
| Lipstick Lesbians | PA0001817755 | 12/15/2012 | 12/17/2012 | 12/17/2012 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 12/01/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/01/2013 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 07/27/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/26/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 04/05/2013 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 07/04/2012 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 11/27/2012 |

EXHIBIT B

EPA140

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Pure Grace | PA0001800484 | 07/11/2012 | 07/12/2012 | 07/12/2012 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/04/2013 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 12/20/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/03/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/10/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 09/23/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 08/15/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/17/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/14/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/16/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 01/11/2013 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 03/01/2013 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 07/21/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/05/2012 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 06/28/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  38**

## Expanded Surveillance of IP Address 108.36.163.68

**ISP:** Verizon Internet Services
**Location:** Exton, PA

| Hit Date UTC | Filename |
|---|---|
| 04/30/2013 | x-art_capri_tyler_green_eyes_1080.mov |
| 04/27/2013 | X-Art.12.12.28.Baby.Together.Again.XXX.1080p.MP4-KTR |
| 04/27/2013 | X-Art - Technicolor Dreams - Anneli, Jessica [720p].wmv |
| 04/27/2013 | Baby.and.Logan.A.Day.To.Remember.X.Art.2012.HD_iyutero.com.wmv |
| 04/25/2013 | X-Art.13.04.25.Angelica.Getting.Down.XXX.1080p.MP4-KTR[rarbg] |
| 04/24/2013 | 410 - Model Misbehavior.avi |
| 04/24/2013 | BackroomCastingCouch.13.04.22.Josie.XXX.READ.NFO.HR.WMV-KTR[rarbg] |
| 04/23/2013 | x-art_leila_angelica_caprice_the_sleepover_720.wmv |
| 04/22/2013 | [ www.Torrenting.com ] - Plebs.S01E02.720p.HDTV.x264-TLA |
| 04/22/2013 | Orgasms.13.02.02.Eileen.And.Suzie.Every.Word.XXX.1080p.MP4-KTR[rarbg] |
| 04/22/2013 | Orgasms - Moonlight - Eileen, Haven [1080p].mov |
| 04/19/2013 | Placebo - Bruise Pristine.avi |
| 04/19/2013 | x-art_bunny_scarlet_tyler_fashion_models_720.mp4 |
| 04/17/2013 | SexArt.13.04.16.Caprice.A.And.Grace.C.Double.Games.XXX.1080p.MP4-KTR[rarbg] |
| 04/13/2013 | x-art_bunny_james_bottoms_up_1080.mov |
| 04/11/2013 | X-Art.-.Another Night.Bunny |
| 04/11/2013 | Steve_Birch_-_Aquarius_Album [released 25-01-06].rar |
| 04/11/2013 | x-art_baby_everlasting_friends_540.mov |
| 04/11/2013 | xart.13.04.10.jessica.aspirations.mp4 |
| 04/11/2013 | Amy Diamond - Life's What You Make It (Live Hej Hej Sommar 2006) .avi |
| 04/08/2013 | National.Geographic.Samurai.Sword.WS.PDTV.XviD-G4L |
| 04/08/2013 | X-Art - Apartment Number Four - Gianna [720p].mov |

EXHIBIT C

EPA140

| Hit Date UTC | Filename |
|---|---|
| 04/06/2013 | WowGirls - A Top Player.Guerlain |
| 04/05/2013 | X-Art - Perfect Girls - Tiffany, Abby [720p].wmv |
| 04/02/2013 | X-Art - Featherlight - Alice [720p].mp4 |
| 03/31/2013 | If Men Went on Strike - Sam Fryman |
| 03/31/2013 | American Horror Story S02E14 [eztv] HDTV x264-USU |
| 03/31/2013 | Kaylee.I.Love.X.Art.XArt.2013_iyutero.com.mp4 |
| 03/29/2013 | 18OnlyGirls.13.04.02.Caprice.A.And.Grace.C.Playful.Kittens.XXX.1080p.MP4-KTR |
| 03/27/2013 | Zheleznyj.kulak.2012.D.BDRip.1080p.IRONCLUB.mkv |
| 03/22/2013 | X-Art.13.03.22.Capri.Clover.Enchanting.Real.Orgasms.XXX.1080p.MOV-KTR[rarbg] |
| 03/22/2013 | Goombay Dance Band |
| 03/20/2013 | X-Art - Circles Of Bliss - Addison [1080p].mov |
| 03/19/2013 | X-Art - Menage a Trois - Leila, Anneli [1080p].mov |
| 03/19/2013 | Combate.Final[DVDrip][www.torrentgo.com] |
| 03/15/2013 | NINJA COMMANDO 5 |
| 03/15/2013 | X-Art.13.03.15.Kiera.Late.For.Work.XXX.1080p |
| 03/15/2013 | WowGirls.13.03.15.Alyssa.And.Kiera.Its.So.Juicy.XXX.1080p.MP4-KTR[rarbg] |
| 03/13/2013 | BackroomCastingCouch.13.03.11.Jojo.XXX.HR.WMV-KTR[rarbg] |
| 03/10/2013 | YoungLegalPorn.13.03.08.Guerlain.A.Sultry.Siesta.XXX.1080p.MP4-KTR[rarbg] |
| 03/06/2013 | Digital Playground - Code Of Honor 2012  DVDRip |
| 03/06/2013 | WowGirls - American Star - Kiera XVID |
| 03/03/2013 | ktr.gdp.e199.18.years.old.wmv |
| 03/01/2013 | Marie Fredriksson |
| 03/01/2013 | X-Art - Mad Passion - Kaylee [1080p].mp4 |
| 03/01/2013 | X-Art  Waterfall Emotions  Kaylee |
| 02/28/2013 | For Sale XXX DVDRip x264-Jiggly |
| 02/27/2013 | BackroomCastingCouch_Nessa.wmv |

EXHIBIT C

EPA140

| Hit Date UTC | Filename |
|---|---|
| 02/27/2013 | Guerlain.A.Mysterious.Fairy.18OnlyGirls.2013.HD_iyutero.com.mp4 |
| 02/27/2013 | I Pad Games 04 2011 |
| 02/24/2013 | X-Art.13.02.24.Lexi.Tyler.Ready.For.Bed.XXX.1080p.MP4-KTR[rarbg] |
| 02/23/2013 | Anjelica.Zoe.Share.Your.Delight.WowPorn.2013.HD_iyutero.com.mp4 |
| 02/22/2013 | X-Art.13.02.22.Lia.Black.And.White.XXX.1080p.MP4-KTR[rarbg] |
| 02/22/2013 | Lena - Lena (2006).rar |
| 02/19/2013 | X-Art.com.13.02.18.Lisa.Introducing.Lisa.XXX.IMAGESET-FuGLi[rarbg] |
| 02/19/2013 | Skip.Trace.2.XXX.BDRip.x264-Jiggly[rbg] |
| 02/18/2013 | Rihanna – Stay (Ft. Mikky Ekko) [iTunes] [2013] 256kbps M4A [nikz] |
| 02/17/2013 | x-art_kaylee_apartment_in_madrid_1080-chkm8te.mp4 |
| 02/17/2013 | GirlsNextDoorClub Lola Caprice And Taylor After School xXx.1080p.mov |
| 02/16/2013 | 18OnlyGirls.13.02.16.Erica.Unbeatable.Feelings.XXX.1080p.MP4-KTR[rarbg] |
| 02/16/2013 | Wow.Porn.Cindy.A.Surprise.Guest.XXX.G0d0fP0rN.avi |
| 02/15/2013 | YoungLegalPorn.13.02.14.Guerlain.Hot.Hetaera.XXX.1080p.x264-SEXORS[rarbg] |
| 02/12/2013 | X-Art.13.02.12.Caprice.A.Girl.Like.You.XXX.1080p.MOV-SEXORS[rarbg] |
| 02/12/2013 | GirlsNextDoorClub.12.08.26.Lola.And.Caprice.Lunch.Date.XXX.1080p.MOV-KTR[rarbg] |
| 02/09/2013 | s1275_sweet_dreams_sd.mov |
| 02/08/2013 | Predatel.1-12.Generalfilm.mjjhec |
| 02/08/2013 | The PARKER Movie leaked.rar |
| 02/08/2013 | RylskyArt.13.02.05.Guerlain.and.Irina.J.Play.Again.XXX.1080p.MP4-GAGViD[rarbg] |
| 02/08/2013 | EroticBeauty.com.13.02.02.Guerlain.A.Elevate.XXX.IMAGESET-FuGLi[rarbg] |
| 02/05/2013 | Look Whos Talking (1989).m4v |
| 02/04/2013 | X-Art - Seeing Double - Addison, Gianna [720p].wmv |
| 02/03/2013 | BackroomCastingCouch - Bella.wmv |
| 02/03/2013 | Falling.For.You.XXX.BDRip.x264-Jiggly.mp4 |
| 02/01/2013 | Orgasms - Divine - Gina Devine [1080p].mp4 |

| Hit Date UTC | Filename |
|---|---|
| 01/31/2013 | Girls Do Porn - Episode 193, 19 Years Old HD 720p |
| 01/26/2013 | BackroomCastingCouch - Nessa.wmv |
| 01/21/2013 | ktr.gdp.e193.19.years.old.wmv |
| 01/21/2013 | Private Best of booted bitches XXX (Tripledeseo.com) |
| 01/20/2013 | Club Sandy - Dido Angel My Secret Crush HD 1080p |
| 01/19/2013 | Hotel.Transylvania.Ahol.a.szörnyek.lazulnak.2012.CAM.MD.HUN.XviD-RNI |
| 01/19/2013 | Jeepers.Creepers.3:.Cathedral.DvD-Rip.JayBob.HD |
| 01/19/2013 | 18OnlyGirls - In The Heart Of Passion - Guerlain, Madonna [1080p].mp4 |
| 01/19/2013 | Guerlain.Look.At.My.Eyes.WowGirls.2012.FullHD_iyutero.com.mp4 |
| 01/19/2013 | WowGirls Guerlain Filthy Runner 1080p.mp4 |
| 01/19/2013 | 18OnlyGirls - A - True Story - Guerlain [1080p].mp4 |
| 01/19/2013 | Guerlain - A Perfect Beauty (2012) HD 1080p |
| 01/19/2013 | YoungLegalPorn - You Make Me Breathe - Guerlain, Madonna [720p].mp4 |
| 01/18/2013 | WowGirls - Refreshing My Hot Body - Guerlain [1080p].mp4 |
| 01/18/2013 | Guerlain - Sunset Delight HD 1080p |
| 01/17/2013 | Guerlain - Irresistible Charm.mp4 |
| 01/16/2013 | (Rod Stewart) - The Great American CDI - www.trackermania.com.rar |
| 01/16/2013 | x-art_baby_want_you_720-chkm8te.wmv |
| 01/12/2013 | GirlsDoPorn (E189) - 20 Years Old [720p].wmv |
| 01/12/2013 | ktr.gdp.e190.18.years.old.wmv |
| 01/12/2013 | ktr.gdp.e181.20.years.old.wmv |
| 01/11/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 01/07/2013 | Pal - Indian Idol Winner's Song |
| 01/07/2013 | Sasha.Dreaming.Of.Her.King.SashaBlonde.2013.FullHD_iyutero.com.mp4 |
| 01/07/2013 | x-art_ivy_spur_of_the_moment_540.wmv |
| 01/06/2013 | WoodmanCastingX Hardcore  Little Caprice |

EXHIBIT C

EPA140

| Hit Date UTC | Filename |
|---|---|
| 01/04/2013 | X-Art.13.01.04.Clover.Sweetest.Dreams.XXX.1080p.MOV-KTR[rbg] |
| 01/03/2013 | 057fav1-high.wmv |
| 01/02/2013 | Anjelica, Ella - An Unexpected Visit - 720p.mp4 |
| 01/01/2013 | Angie.Morning.Desires.XArt.2012.HD_iyutero.com.wmv |
| 12/30/2012 | Media Player Codec Pack 4.2.6.( 19.11. 2012 ) |
| 12/30/2012 | Taken 2 (2012) NEW SOURCE CrEwSaDe |
| 12/29/2012 | x-art_baby_together_again_720.mp4 |
| 12/26/2012 | Angelica.Naughty.Nice.XArt.2012_iyutero.com.wmv |
| 12/24/2012 | X-Art - Farewell - Jessie [720p].mp4 |
| 12/24/2012 | Het.s?.in.i.Norden.XXX.DVDRip.avi |
| 12/23/2012 | Weeds S08E11 Good Willing And The Creek Don't Rise HDTV x264-ASAP[ettv] |
| 12/23/2012 | X-Art.12.08.03.Jessie.Farewell.XXX.1080p.MP4-KTR[rbg] |
| 12/21/2012 | X-Art - Starting Over - Jessie [720p].mp4 |
| 12/20/2012 | X-Art.12.08.26.Jessie.Starting.Over.XXX.1080p.MP4 |
| 12/20/2012 | AnyDVD 6.1.4.3 Final |
| 12/19/2012 | X-Art - A Love Story - Gianna [720p].mov |
| 12/19/2012 | Grace.C.Too.Deep.WowGirls.2012.FullHD_iyutero.com.mp4 |
| 12/17/2012 | x-art_baby_mira_lipstick_lesbians_1080.mp4 |
| 12/14/2012 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 12/14/2012 | X-Art - Unforgettable View Part 1 - Addison [1080p].mov |
| 12/13/2012 | Hegre-Art  Clover  Oral Love Massage |
| 12/13/2012 | Hegre-CountlessOrgasmsMassage.m4v |
| 12/10/2012 | X ART Then There Were Three 1080 HQ |
| 12/08/2012 | [X-Art] Girls Night Out [1080p].mov |
| 12/08/2012 | Cool Hand Luke |
| 12/08/2012 | I Have a Wife - Jessica Jaymes.wmv |

EXHIBIT C
EPA140

| Hit Date UTC | filename |
|---|---|
| 12/08/2012 | MyFriendsHotMom.12.12.07.Jessica.Jaymes.XXX.1080p.MP4-KTR[rbg] |
| 12/06/2012 | x-art_kaylee_waterfall_emotions_540.mov |
| 12/06/2012 | Svensk modern poesi (friform).rar |
| 12/02/2012 | X-Art - Inside Perfection - Angelica [720p].mov |
| 12/01/2012 | X-Art - Anneli, Baby (Loving Angels - 720p ) .mov |
| 11/29/2012 | Leverage.(Jesse.Jane).720p.mkv |
| 11/28/2012 | Angelica.Introducing.Angelica.X.Art.2012.HD_iyutero.com.wmv |
| 11/27/2012 | X-Art.12.11.27.Gianna.Prelude.To.Passion.XXX.1080p.MOV-SEXORS[rbg] |
| 11/20/2012 | [lein] Persona 4 - ED theme PS2 BGM Rip (VBR MP3).rar |
| 11/15/2012 | x-art_kaylee_susie_finding_elysium_540.mov |
| 11/13/2012 | 12.11.12.Tiffany Thompson_Babes_ImgZilla.mp4 |
| 11/10/2012 | Love.Jesse.DigitalPlayground.DvDRip.2012_iyutero.com.avi |
| 11/03/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 11/01/2012 | Caprice.Ivana.Casual.Sex.XArt.2012.HD_iyutero.com.wmv |
| 10/30/2012 | X-Art - Ibiza Love - Gianna [720p].mp4 |
| 10/30/2012 | X-Art - Morning Tryst - Gianna [720p].wmv |
| 10/28/2012 | Exploited Babysitters - Sandy Sweet |
| 10/28/2012 | I Love Young Girls 3  Sandy Sweet |
| 10/27/2012 | Backroom Casting Couch - Sydney And Brittania |
| 10/27/2012 | Resident.Evil.6.PS3-DUPLEX |
| 10/24/2012 | X-Art - A Day to Remember - Baby [720p].wmv |
| 10/20/2012 | X-Art.12.10.19.Mira.Flexible.Beauty.XXX.1080p.MOV-KTR[rbg] |
| 10/19/2012 | X-Art - Young Passion - Baby [1080p].mp4 |
| 10/19/2012 | cc_tereza_2754.wmv |
| 10/18/2012 | Gnomeo and Juliet 2011 ScReener XviD |
| 10/18/2012 | YoungLegalPorn  Anjelica  An Eager Lady |

EXHIBIT C

EPA140

| Hit Date UTC | Filename |
|---|---|
| 10/15/2012 | Diana.Daydream.XArt.10.15.12.FullHD_iyutero.com.wmv |
| 10/10/2012 | Drive (2011)_Engl) |
| 10/10/2012 | WowGirls - Let's Share Our Love - Anjelica [1080p].mp4 |
| 10/10/2012 | X-Art - Dangerous Game - Jasmine [1080p].wmv |
| 10/08/2012 | ktr.bcc.e228.tabby.wmv |
| 10/05/2012 | X-Art - Wild Things - Silvie, Grace [720p].wmv |
| 10/01/2012 | X-Art - Miss Perfect - Anneli [720p].mov |
| 09/29/2012 | Anjelica (Burn My Passion) (2012) HD 720p |
| 09/29/2012 | ExploitedCollegeGirls.12.09.27.Madison.XXX.HR.WMV-KTR[rbg] |
| 09/24/2012 | 1989-Words Of Love |
| 09/23/2012 | Leila.Three.for.the.Show.X-Art.2012_iyutero.com.mov |
| 09/22/2012 | Neighbor Affair Jessica Jaymes |
| 09/22/2012 | Pure.Mature.Jessica.Jaymes.Afternoon.Delight.pornalized.mpg |
| 09/21/2012 | Nero Burning ROM 11.0.10400 + Key underground-addicts.freehostingcloud.com |
| 09/21/2012 | Vertigo Studios Stearman PT 17.exe |
| 09/21/2012 | Hung s01e03 (PSP, iPod, Zune) |
| 09/21/2012 | My_Private_Tutor_BDRip_XviD-STARLETS |
| 09/21/2012 | Home.Wrecker.3.XXX.BDRip.XviD-STARLETS |
| 09/20/2012 | My Private Tutor - Jesse Jane |
| 09/17/2012 | WeLiveTogether - Good Love - Malena Morgan, Georgia Jones |
| 09/09/2012 | Quicksand with Vanessa Cage HD1080p (reshi5531) |
| 09/09/2012 | Marina.Mae.The.Girl.Next.Door.CombatZone.2008_iyutero.com.wmv |
| 09/08/2012 | 07.08.24.Marina Mae_18YearsOld.wmv |
| 09/08/2012 | Gia.DiMarco.Tanlines.Scene.3.EvilAngel.2012_iyutero.com.mp4 |
| 09/05/2012 | x-art_kaylee_ian_first_love_540.mov |
| 09/01/2012 | Anjelica.Dream.July.Erotic.Massage.Delights.Younglegalporn.2012.FullHD_iyutero.com.mp4 |

EXHIBIT C

EPA140

| Hit Date UTC | Filename |
|---|---|
| 08/31/2012 | Malena.Morgan.Sweet.Bliss.WeLiveTogether.08.29.12_iyutero.com.mp4 |
| 08/17/2012 | WowGirls - Guitar Lesson - Sasha [1080p].mp4 |
| 08/17/2012 | Babes - Tiffany Thompson - Moment Of Grace ** NEW 29 june 2012 ** HD 720.mp4 |
| 08/17/2012 | JoyMii - Alysa And Gina V Poolside Fantasy HD720p |
| 08/15/2012 | 『櫻翼漢化組』[妖怪公寓里優雅的日常生活][第9话].zip |
| 08/15/2012 | {www.scenetime.com}Crush.2009.LIMITED.DVDRip.XviD-TheWretched |
| 08/15/2012 | x-art_caprice_anneli_threes_company_540.mp4 |
| 08/14/2012 | Oldje.com.E354.Miloslava.Eric's.Fucking.Nightmare.mp4 |
| 08/13/2012 | Jessie.Anais.Coucher.Avec.an.Autre.Fille.XArt.08.13.12.HD_iyutero.com.mp4 |
| 08/11/2012 | Joymii.12.08.06.Caprice.And.Miela.Two.For.Love.XXX.720p.WMV-KTR |
| 08/10/2012 | 18onlygirls - Bikini Minx - Dream July [1080p].mp4 |
| 08/09/2012 | 18Onlygirls-Dream July - Cum-Hungry Blondie Nymph |
| 08/06/2012 | x-art_leila_kaylee_close_to_the_edge_720.wmv |
| 08/03/2012 | It's a Mad Mad Mad Mad World - Spencer Tracy 1963 BR x264 DVDrip ENG - Dutch Engels Subs |
| 08/03/2012 | Sasha.Blonde.Flames.Of.Passion.SashaBlonde.2012.FullHD_iyutero.com.wmv |
| 08/03/2012 | Sasha.Blonde.A.Perfect.Symphony.SashaBlonde.2012.FullHD.wmv |
| 08/02/2012 | PureMature- Nicole Aniston (Nighttime Romance 19.06.12) |
| 08/02/2012 | WowGirls - Viagra - Gloria, Jasmin, Sasha [1080p].mp4 |
| 08/02/2012 | SashaBlonde - On The Threshold Of a Dream - Sasha Blonde [1080p].wmv |
| 08/02/2012 | autumn_brcc.wmv |
| 07/30/2012 | babes_BG_jessie_rogers_1080p_6000.mp4 |
| 07/30/2012 | ALSScan.12.05.07.Brea.Bennett.And.Kacey.Jordan.Island.Erotica.XXX.1080p.WMV-KTR[rbg] |
| 07/30/2012 | Babes_-_Nicole_Aniston_Creampie_HD1080p |
| 07/30/2012 | babes_nicole_aniston_1080p_6000.mp4 |
| 07/30/2012 | X-Art - Transcendence - Silvie [720p].wmv |
| 07/29/2012 | Lisa Ann, Jessica Jaymes, Nicole Aniston - My Sisters Hot Friend HD720p |

EXHIBIT C

EPA140

| Hit Date UTC | Filename |
|---|---|
| 07/28/2012 | X-Art - Morning Tryst - Gianna [1080p].mov |
| 07/28/2012 | Stargate SG-1 Season 1 |
| 07/28/2012 | Skip.Trace.XXX.DVDRip.XviD-Jiggly |
| 07/28/2012 | Swingers.XXX.BDRip.XviD-STARLETS |
| 07/28/2012 | x-art_avril_keira_come_to_my_window_720.wmv |
| 07/22/2012 | robyn_and_tonya_brcc.wmv |
| 07/21/2012 | True.Blood.S05E03.Whatever.I.Am.You.Made.Me.HDTV.x264-LOL[ettv] |
| 07/21/2012 | X-Art.12.07.20.Ivy.Wet.Dream.XXX.1080p.MOV-KTR[rbg] |
| 07/20/2012 | Stunners Little Caprice Ram It In Hard XXX 720p porn4all.wmv |
| 07/19/2012 | ShesAFreak_-_Caprice_A_Day_With_Caprice_HD_1080p |
| 07/18/2012 | x-art_maya_backstage_720.mov |

EXHIBIT C

EPA140

## EXCULPATORY EVIDENCE REQUEST

Subscriber Name:

Subscriber Address:

Attorney Name/Contact:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

Authorized User Name/Relationship

    A. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    B. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    C._____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

EXHIBIT D

EPA140

D._____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to an IP Address assigned to the Defendant?

YES     NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES     NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES    NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES    NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES    NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES    NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES    NO

_____
Signed

_____
Date